IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTY LEAH CLARK, a/k/a CHRISTY LEAH BEASON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 04-2938-MI V Jury Trial Demanded |
| BILLY DOYLE, BILL KELLEY and FAYETTE COUNTY, a municipal corporation, | ) ) ) ) | |
| Defendants. | ) | |

## RULE 16(B) SCHEDULING ORDER

Pursuant to the Scheduling Conference set by written notice and the Federal Rules of Civil Procedure 26(f), the parties propose the following Scheduling Order

**INITIAL DISCLOSURES (Rule 26(a)(1)) :**   April 29, 2005

**JOINING PARTIES:**

    For Plaintiff:   May 30, 2005

    For Defendants:   June 30, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:   May 30, 2005

    For Defendants:   June 30, 2005

**COMPLETING ALL DISCOVERY:**   December 16, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

    (a) Request for Production, Interrogatories, Request for Admissions, and Depositions:                                                                                       December 16, 2005

    (b) Expert Witness Disclosures (Rule 26):

| | | |
|---|---|---|
| (i) | Plaintiff's Experts: | September 1, 2005 |
| (ii) | Defendant's Experts: | October 7, 2005 |
| (iii) | Supplementations: | October 28, 2005 |

    (c) Depositions of Experts                                                                    November 30, 2005

**FILING DISPOSITIVE MOTIONS:**                                                      January 20, 2006

**FINAL LIST OF WITNESSES:**

    (a) For Plaintiff:                                                                                    45 days before trial
    (b) For Defendant:                                                                                30 days before trial

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allows 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation after the close of discovery.

This Order has been entered after consultation with trial counsel pursuant to Notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED**

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: _April 21, 2005_

APPROVED FOR ENTRY:


CARTER, STANFILL & KIRK, PLLC

By: _____*Bradley G. Kirk by MRH with permission*_____
BRADLEY G. KIRK (#017100)
Attorney for Plaintiff
PO Box 476
Lexington, TN 38351
(731) 968-7749

FLIPPIN, COLLINS & HILL, P.L.L.C.

By: _____*[signature]*_____
MICHAEL R. HILL (#017409)
Attorney for Defendant, Bobby Doyle
P. O. Box 679
Milan, TN 38358-0679
(731) 686-8355


PENTECOST, GLENN & RUDD, P.L.L.C.

By: _____*James I. Pentecost by MRH with permission*_____
JAMES I. PENTECOST (#011640)
WILLIAM B. MAULDIN (#022912)
Attorney for Defendants Bill Kelly and Fayette County
106 Stonebridge Rd.
Jackson, TN 38305
(731) 668-5995

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02938 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable Jon McCalla
US DISTRICT COURT