FILED BY ⎯⎯ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE  05 MAY 23  PM 12: 11
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
WD. OF TN, MEMPHIS

CHRISTY LEAH CLARK,                         )
a/k/a CHRISTY LEAH BEASON,                   )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )       No. 04-2938 Ml/V
                                             )
BILLY DOYLE, BILL KELLEY, and                )
FAYETTE COUNTY,                              )
                                             )
        Defendants.                          )
                                             )

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order
was entered on April 22, 2005, by United States Magistrate Judge
Diane K. Vescovo.  In accordance with the deadlines established in
that order, trial and pretrial dates are set as follows before the
District Court:

1.   The jury trial in this matter is set to begin <u>Monday,</u>
     <u>March 27, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.   A pretrial conference is set for <u>Tuesday, March 21, 2006</u>
     <u>at 8:45 a.m.</u>

3.   The joint pretrial order and proposed jury instructions
     and voir dire questions are due by no later than 4:30
     p.m. on <u>March 14, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.


IT IS SO ORDERED this **23** day of May, 2005.


_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02938 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT