IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ ___ D.C.

05 NOV 15 AM 9: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| CHRISTY LEAH CLARK, a/k/a<br>CHRISTY LEAH BEASON,<br><br>　　　Plaintiff,<br><br>v.<br><br>BILLY DOYLE, BILL KELLEY,<br>and FAYETTE COUNTY, TENNESSEE,<br>a municipal corporation,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-2938 Ml/V |

## ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set for <u>Tuesday, November 22, 2005, at 8:45 a.m.</u> to discuss the Joint Motion to Continue the Trial and Reset the Scheduling Conference.  Defense counsel shall initiate the call to the Court with all parties on the line.

SO ORDERED this __14__ day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-15-05_

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02938 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable Jon McCalla
US DISTRICT COURT