IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTY LEAH CLARK, a/k/a CHRISTY LEAH BEASON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-2938 Ml/V |
| BILLY DOYLE, BILL KELLEY, and FAYETTE COUNTY, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER FOLLOWING SCHEDULING CONFERENCE AND ORDER RESETTING DISCOVERY AND TRIAL SCHEDULE

The Court held a scheduling conference by telephone in this case on Tuesday, November 22, 2005. Plaintiff was represented by Bradley G. Kirk, Esq. Defendant Billy Doyle was represented by Michael R. Hill, Esq. Defendants Bill Kelley and Fayette County were represented by James I. Pentecost, Esq. The Court hereby sets a discovery and trial schedule as follows:

Discovery:

Plaintiff's responses to interrogatories: November 25, 2005.

Parties' expert witness disclosures: February 28, 2006.

Completion of all oral and written discovery: March 31, 2006.

Trial:

The jury trial in this matter is set to begin Monday, May 1, 2006, at 2:00 p.m.



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-22-05

Pretrial Conference: <u>Monday, April 24, 2006, at 9:00 a.m.</u>[1]

Pretrial Order: The pretrial order and proposed jury instructions and voir dire questions are due no later than <u>4:30 p.m. on Monday, April 17, 2006</u>.


So ORDERED this 22 day of November, 2005.

                                               JON P. MCCALLA
                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court will conduct the pretrial conference via telephone, with all parties on the line, if all necessary submissions have been timely received by the Court.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02938 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT